IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JESSICA GESSELE, ASHLEY GESSELE, NICOLE GESSELE, TRICIA TETRAULT, and CHRISTINA LUCHAU, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>JACK IN THE BOX, INC., a Corporation of Delaware,<br><br>      Defendant. | 3:10-CV-00960-BR<br><br>JUDGMENT |

Based on the Court's Opinion and Order issued March 19, 2014, the Court **DISMISSES with prejudice** Plaintiffs' FLSA claims and **DISMISSES without prejudice** Plaintiffs' state-law claims.

IT IS SO ORDERED.

DATED this 20th day of March, 2014.

                                              /s/ Anna J. Brown

                                              ANNA J. BROWN
                                              United States District Judge

1 - JUDGMENT